| | |
|---|---|
| **To:** | All Judges, Clerks of Court, and Counsel of Record |
| **From:** | ShaMiracle J. Rankin |
| **RE:** | Notice of Leave of Absence |
| **Date:** | Wednesday, December 26, 2018 |

## **NOTICE OF LEAVE OF ABSENCE**

**COMES NOW** ShaMiracle J. Rankin, and respectfully notifies all judges before whom she has cases pending, all affected clerks of court, and all opposing counsel pursuant to Georgia Uniform Court Rule 16.1 as follows:

1. ShaMiracle J. Rankin will be absent and away from the practice of law on the following dates:

    - December 26 – 28, 2018;

    - December 31, 2018;

    - January 1 – 4, 2019;

    - January 25, 2019;

    - January 28, 2019;

    - February 28, 2019;

    - March 21, 2019;

    - April 18, 2019;

    - April 26 – 29, 2019;

    - May 16, 2019;

    - June 7, 2019;

    - November 25 – 27, 2019;

    - November 29, 2019;

    - December 23 – 27, 2019;

- December 30 – 31, 2019.

2. All affected judges and opposing counsel shall have ten (10) days from the date of this Notice to object to this notice. If no objections are filed, the leave shall be granted.

Respectfully submitted, December 26, 2018.

**THE CP LAW GROUP, LLC**

/s/ *ShaMiracle J. Rankin*
Prince N. Njoku, Esq.
Georgia Bar No. 933371
ShaMiracle J. Rankin, Esq.
Georgia Bar No. 211640
*Counsel for Plaintiffs*

2295 Parklake Dr NE, Suite 360
Atlanta, Georgia 30345
Phone: (404) 480-3908
Fax:    (404) 480-4791
Email: princen@thecplawgroup.com
         srankin@thecplawgroup.com

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing Notice of Leave of Absence upon all judges, clerks and opposing counsel by depositing the same in the U.S. Mail with adequate postage affixed thereto.

Respectfully submitted, December 26, 2018.

**THE CP LAW GROUP, LLC**

/s/ ShaMiracle J. Rankin
Prince N. Njoku, Esq.
Georgia Bar No. 933371
ShaMiracle J. Rankin, Esq.
Georgia Bar No. 211640
*Counsel for Plaintiffs*

2295 Parklake Dr NE, Suite 360
Atlanta, Georgia 30345
Phone: (404) 480-3908
Fax:    (404) 480-4791
Email: princen@thecplawgroup.com
       srankin@thecplawgroup.com

| | |
|---|---|
| Adenike Abdullai vs. Noe Fabian Gutierrez Cruz<br>Case No. 18EV004488<br><br>Honorable Judge Myra H. Dixon<br>LeNora Ponzo, Clerk<br>State Court of Fulton County<br>185 Central Avenue<br>Atlanta, GA 30303 | **Carlock, Copeland & Stair, LLP**<br>D. Gary Lovell, Jr., Esq.<br>Jessica G. Patterson, Esq.<br>P.O. Box 56887<br>Atlanta, GA 30343<br><br>Noe Fabian Gutierrez Cruz<br>1371 Kimberly Way SW<br>Atlanta, GA 30331 |
| Isaiah Barnes, Jr. vs. Marquita Green and Celadon Trucking Services, Inc.<br>Case No. 1:18-cv-05026-WMR<br><br>Honorable William M. Ray II<br>U.S. District Court Northern District of Georgia (Atlanta)<br>75 Ted Turner Drive, SW, Courtroom 1708<br>Atlanta, GA 30303 | **Dennis, Corry, Smith & Dixon, LLP**<br>John D. Dixon, Esq.<br>Rishi D. Pattni, Esq.<br>900 Circle 75 Parkway<br>Suite 1400<br>Atlanta, GA 30339 |
| Dora Campbell vs. Nikita Stepanov<br>Case No. 18EV005101<br><br>Honorable Judge Patsy Porter<br>LeNora Ponzo, Clerk<br>State Court of Fulton County<br>185 Central Avenue<br>Atlanta, GA 30303 | **Weathington McGrew, PC**<br>Wayne D. McGrew, III, Esq.<br>Andrew M. Bagley, Esq.<br>191 Peachtree Street, N.E., Suite 3900<br>Atlanta, Georgia 30303<br><br>Nikita Stepanov<br>57 Forsyth St NW<br>Atlanta, GA 30303 |

| | |
|---|---|
| Kashima Carter vs. Simeon Rogers<br>Case No. 18A70978<br><br>Honorable Judge Janis C. Gordon<br>Melanie F. Wilson, Clerk<br>State Court of DeKalb County<br>556 N. McDonough Street<br>Decatur, GA 30030 | **Law Offices of Kenneth Sisco**<br>John Calhoun Harris, Jr., Esq.<br>1001 Summit Blvd.<br>Suite 1120<br>Brookhaven GA 30319 |
| Jermene Childress vs. Julia Blanton<br>Case No. 2018SV-0391<br><br>Honorable Judge Jason B. Thompson<br>Clerk, Sheila Stubbard<br>State Court of Fayette County<br>1 Center Drive<br>Fayetteville, GA 30214 | **Swift, Currie, McGhee & Hiers**<br>Melissa A. Segel, Esq.<br>Kelly G. Chartash, Esq.<br>1355 Peachtree Street, N.E.<br>Suite 300<br>Atlanta, Georgia 30309 |
| Mariame Camara vs. Torrey Cox<br>Case No. 18SC-0364-B<br><br>Honorable Judge T. R. McClelland<br>Clerk, Greg G. Allen<br>State Court of Forsyth County<br>101 East Courthouse Square<br>First Floor - Suite 1007<br>Cumming, GA 30040 | **Waldon Adelman Castilla Hiestand & Prout**<br>Jonathan M. Adelman, Esq.<br>Brian F. Williams, Esq.<br>Ben Harbin, Esq.<br>900 Circle 75 Parkway, Suite 1040<br>Atlanta, GA 30339 |
| Yvette Curtis vs. Jerry Dugruise<br>Case No. 18A72295<br><br>Honorable Judge Stacey K. Hydrick<br>State Court of Dekalb County<br>Division 2<br>556 N. McDonough Street<br>Decatur, GA 30030 | **Broughton Law**<br>Allen L. Broughton, Esq.<br>Matthew J. Hollingsworth, Esq.<br>305 West Wieuca Road, NE<br>Atlanta, Georgia 30342 |

| | |
|---|---|
| Dana Florence vs. Ingrid Jacman<br>Case No. 17EV001451<br><br>Honorable Judge Patsy Y. Porter<br>LeNora Ponzo, Clerk<br>State Court of Fulton County<br>185 Central Avenue<br>Atlanta, GA 30303 | **Swift, Currie, McGhee & Hiers, LLP**<br>Michael H. Schroder, Esq.<br>Emily Marshall, Esq.<br>1355 Peachtree Street, NE, Suite 300<br>Atlanta, GA 30309 |
| Corey Graham vs. Devon Asbury<br>Case No. 18EV004465<br><br>Honorable Judge Patsy Y. Porter<br>LeNora Ponzo, Clerk<br>State Court of Fulton County<br>185 Central Avenue<br>Atlanta, GA 30303 | **Fain Major & Brennan, P.C.**<br>Thomas E. Brennan, Esq.<br>Allison M. McDonald, Esq.<br>100 Glenridge Point Parkway<br>Suite 500<br>Atlanta, GA 30342 |
| Tramel Harris vs. Angel Vo<br>Case No. 18A69624<br><br>Honorable Judge Johnny Panos<br>Melanie F. Wilson, Clerk<br>State Court of DeKalb County<br>556 N. McDonough Street<br>Decatur, GA 30030 | **Law Office of Nancy W. Phillips**<br>Janki Patel, Esq.<br>3200 Windy Hill Road SE, Suite 925E<br>Atlanta, Ga 30339-8554<br><br>**Fain, Major & Brennan, P.C.**<br>T. Jeffrey Lehman, Esq.<br>100 Glenridge Point Parkway, Suite 500<br>Atlanta, Ga 30342 |
| Virginia Ihaza vs. Hamza Diab<br>Case No. 18-C-07228-S5<br><br>Honorable Judge Pamela D. South<br>Clerk, Richard T. Alexander, Jr.<br>State Court of Gwinnett County<br>P.O. Box 880<br>Lawrenceville, GA 30046 | **Fain, Major & Brennan, P.C.**<br>Thomas E. Brennan, Esq.<br>Allison M. McDonald, Esq.<br>100 Glenridge Point Parkway, Suite 500<br>Atlanta, GA 30342 |
| Jerome Jean-Gilles and Marilia<br>Jean-Gilles vs. Juergen Schrader<br>Case No. 18MS110299<br><br>Honorable Judge Jessy Hall<br>Magistrate Court of Fulton County<br>185 Central Avenue, SW<br>Atlanta, GA 30303 | **Law Offices of McLaughlin, Ream &<br>Wyrick**<br>Alpesh Tailor, Esq.<br>360 Interstate North Parkway SE<br>Suite 375<br>Atlanta, GA 30339 |

| | |
|---|---|
| Michelle Knight and Allerick Knight<br>Case No. 1:18-cv-00299-ELR<br><br>Honorable Judge Eleanor L. Ross<br>James N. Hatten, District Court Executive/Clerk<br>U.S. District Court Northern District of Georgia (Atlanta)<br>1788 Richard B. Russell Federal Building and United States Courthouse<br>75 Ted Turner Drive, SW, Courtroom 1708<br>Atlanta, GA 30303 | **Swift, Currie, McGhee & Heirs, LLP**<br>Michael H. Schroder, Esq.<br>Smita Gautam, Esq.<br>1355 Peachtree Street, N.E., Suite 300<br>Atlanta, GA 30309<br><br>**Hall Booth Smith, P.C.**<br>Jeffrey R. Saxby, Esq.<br>Paul Trainor, Esq.<br>191 Peachtree Street, N.E., Suite 2900<br>Atlanta, GA 30303<br><br>**The Fairell Firm**<br>Joi Fairell, Esq.<br>3469 Lawrenceville Highway, Suite 102<br>Tucker, GA 30084 |
| Ciara Johnson vs. Larry Clemons, Jr.<br>Case No. 17A65859<br><br>Honorable Judge Dax E. Lopez<br>Melanie F. Wilson, Clerk<br>State Court of DeKalb County<br>556 N. McDonough Street<br>Decatur, GA 30030 | **Law Office of Andrews and Manganiello**<br>Nicole Shockley, Esq.<br>Buckhead Centre, Suite 440 2964 Peachtree Road, NW Atlanta, GA 30305<br><br>**Cowsert Heath, LLP**<br>William S. Cowsert Esq.<br>Michael S. Broun, Esq.<br>P.O. Box 627<br>Athens, GA 30603 |
| Ciara Johnson vs. City of Atlanta<br>Case No. 17EV005179<br><br>Honorable Judge Wesley B. Tailor<br>LeNora Ponzo, Clerk<br>State Court of Fulton County<br>185 Central Avenue<br>Atlanta, GA 30303 | **City of Atlanta, Department of Law**<br>Maiysha Rashad, Esq.<br>55 Trinity Avenue, Suite 5000<br>Atlanta, GA 30303 |
| Daren'isha Johnson vs. Leonel Rayo Cruz<br>Case No. 2018SV442D<br><br>Honorable Judge John Breakfield<br>Clerk, Charles Baker<br>P.O. Drawer 1275<br>Gainesville, GA 30503 | **Taylor English Duma LLP**<br>John C. Patton, Esq.<br>1600 Parkwood Circle, Suite 400<br>Atlanta, Georgia 30339 |

| | |
|---|---|
| Kimberly Johnson vs. Gregory Chaney<br>Case No. 18A69628<br><br>Honorable Judge Alvin T. Wong<br>Melanie F. Wilson, Clerk<br>State Court of DeKalb County<br>556 N. McDonough Street<br>Decatur, GA 30030 | **Waldon Adelman Castilla Hiestand & Prout**<br>Ashley Rice, Esq.<br>Neeta Muddaraj, Esq.<br>900 Circle 75 Parkway<br>Suite 1040<br>Atlanta, Georgia 30339<br><br>**Gregory Chaney**<br>7075 Maddox Road<br>Lithonia, GA 30058 |
| Charlayne Lane vs. Samantha Watkins<br>Case No. 17A65487<br><br>Honorable Judge Dax E. Lopez<br>Melanie F. Wilson, Clerk<br>State Court of DeKalb County<br>556 N. McDonough Street<br>Decatur, GA 30030 | **American Family Insurance**<br>Roosevelt Hamb, Jr., Esq.<br>400 North Lakeview Parkway<br>Suite 180<br>Vernon Hills, IL 60061<br><br>**Worsham, Corsi, Scott & Dobur**<br>Joseph P. Kania, Esq.<br>P.O. Box 674027<br>Marietta, GA 30006 |
| Freddie Lundy vs. Lavonda Sherman<br>Case No. 17A67415<br><br>Honorable Wayne M Purdom<br>Melanie F. Wilson, Clerk<br>State Court of DeKalb County<br>556 N. McDonough Street<br>Decatur, GA 30030 | **Lynn Leonard & Associates**<br>Ashley S. Howard, Esq.<br>2400 Century Parkway, Suite 200<br>Atlanta, GA 30345 |
| Stephanie McCall vs. Nekeshia Calmes Baugh<br>Case No. 2018CV01436<br><br>Honorable Judge Tammi Hayward<br>Clerk, Tiki Brown<br>Harold R. Banke Justice Center<br>9151 Tara Boulevard<br>Room 1CL181<br>Jonesboro, GA 30236 | **Lewis Brisbois Bisgaard & Smith LLP**<br>Scott D. Huray, Esq.<br>1180 Peachtree Street, NE<br>Suite 2900<br>Atlanta, Georgia 30309 |

| | |
|---|---|
| Rodrick Pikes vs. Leigh King<br>Case No. 18MS110456<br><br>Honorable Judge Jessy Hall<br>Magistrate Court of Fulton County<br>185 Central Avenue, SW<br>Atlanta, GA 30303 | **Law Office of Andrews and Manganiello**<br>Tierra Whitlock, Esq.<br>100 Crescent Centre Parkway, Suite 950<br>Tucker, GA 30084 |
| Margaret Jones, Individually and as Administratrix of the Estate of Rudolph Williams, Jr. vs. Carlos Copeland, The American Automobile Association, Inc., and The Auto Club Group (Inc.)<br>Case No. 2018CV00785<br><br>Honorable Judge Linda S. Cowen<br>Tiki Brown, Clerk<br>State Court of Clayton County<br>Harold R. Banke Justice Center<br>9151 Tara Boulevard<br>Room 1CL181<br>Jonesboro, GA 30236 | **Dermer Appel Ruder, LLC**<br>Stephen Dermer, Esq.<br>Matthew A. Ericksen, Sr., Esq.<br>6075 The Corners Parkway Suite 210<br>Peachtree Comers, GA 30092 |